**Johnathan E. Mansfield, OSB #05539**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Tel:  503-222-9981
Fax:  503-796-2900

**Edward W. Goldstein** *(pro hac vice)*
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** *(pro hac vice)*
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop south, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR TH DISTRICT OF OREGON

| | |
|---|---|
| **Gary Odom** | **Case No. 3:09-CV-406-AC** |
| Plaintiff, | |
| | **PLAINTIFF'S NOTICE OF DISMISSAL OF DUOSERVE, INC., LIVINGSTON TECHNOLOGIES, INC., MATCHWARE, INC., METAPRODUCTS CORPORATION, and MVP SYSTEMS SOFTWARE, INC. WITHOUT PREJUDICE** |
| v. | |
| **Attachmate Corporation et al,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Gary Odom ("Odom")

files this Notice of Dismissal Without Prejudice of Duoserve, Inc. ("Duoserve"), Livingston

Technologies, Inc. ("Livingston Technologies"), Matchware, Inc. ("Matchware"), Metaproducts

Corporation ("Metaproducts"), and MVP Systems Software, Inc. ("MVP Systems").

1.      On April 17, 2009, Odom filed its Complaint for patent infringement with this

Court, alleging that Duoserve, Livingston Technologies, Matchware, Metaproducts and MVP

Systems infringe United States Patent No. 7,363,592 B1.

2.      As of this date, Duoserve, Livingston Technologies, Matchware, Metapoducts and

MVP Systems have neither filed nor served an answer to Odom's Complaint.

3.      Odom no longer wishes to pursue the above reference matter against Duoserve,

Livingston Technologies, Matchware, Metaproducts and MVP Systems at this time.

Accordingly, Odom hereby dismisses Duoserve, Livingston Technologies, Matchware,

Metaproducts and MVP Systems from the above referenced action without prejudice.

4.      This Notice of Dismissal Without Prejudice of Duoserve, Livingston

Technologies, Matchware, Metaproducts and MVP Systems shall not serve to operate as a

dismissal of any other party named as a defendant in this action.


                                        Respectfully Submitted,


Dated:  May 28, 2009                    /s/ Edward W. Goldstein
                                         Edward W. Goldstein (*pro hac vice*)
                                         Corby R. Vowell (*pro hac vice*)
                                         Goldstein, Faucett & Prebeg, L.L.P.
                                         1177 West Loop south, Suite 400
                                         Houston, TX  77027
                                         Tel:  713-877-1515
                                         Fax:  713-877-1737

                                         Johnathan E. Mansfield, OSB #05539
                                         Schwabe, Williamson & Wyatt, P.C.
                                         Pacwest Center
                                         1211 SW 5th Ave., Suite 1900
                                         Portland, OR  97204

Tel:  503-222-9981
Fax:  503-796-2900

Attorneys for Plaintiff Gary Odom

### CERTIFICATE OF SERVICE

I certify that on this 28th day of May 2009, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.  Any other counsel of record will be served by electronic transmission and/or U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein