**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503-222-9981
Fax 503-796-2900

**Edward W. Goldstein** (*pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (*pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713-877-1515
Fax 713-877-1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY ODOM,** an Oregon resident,<br><br>Plaintiff,<br><br>v.<br><br>**ATTACHMATE CORPORATION,** a Washington corporation,<br>**AUSTHINK USA, INC.,** a Delaware corporation,<br>**BAE SYSTEMS, INC.,** a Delaware corporation,<br>**BBS TECHNOLOGIES, INC.,** a Texas corporation,<br>**COMPONENTONE, LLC,** a Pennsylvania corporation, | Civil Action No. 09-406-MO<br><br>**MEMORANDUM IN SUPPORT OF MOTION OF JOHNATHAN E. MANSFIELD FOR LEAVE TO WITHDRAW AS LOCAL COUNSEL FOR GARY ODOM** |

Page 1    MEMO ISO MOTION FOR LEAVE TO WITHDRAW

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981

**DIONEX CORPORATION,** a Delaware corporation,
**DUOSERVE, INC.,** a California corporation,
**EMPORTAL, INC.,** a California corporation,
**ESQUIRE INNOVATIONS, INC.,** a Nevada corporation,
**FINDEX.COM, INC.,** a Nevada corporation,
**FRONTLINE SYSTEMS, INC.,** a Nevada corporation,
**GE FANUC INTELLIGENT PLATFORMS, INC.,** a Delaware corporation,
**LIVINGSTON TECHNOLOGIES, INC.,** a Utah corporation,
**MATCHWARE, INC.,** a Florida corporation,
**METAPRODUCTS CORPORATION,** a Florida corporation,
**MICROSYSTEMS COMPANY, LLC,** an Illinois corporation,
**MINDJET CORPORATION,** a Delaware corporation,
**MVP SYSTEMS SOFTWARE, INC.,** a Connecticut corporation,
**OMNIVEX CORPORATION,** an Ontario corporation,
**PROMT AMERICAS,** a California corporation,
**SIEMENS PRODUCT LIFECYCLE MANAGEMENT SOFTWARE, INC.,** a Delaware corporation,
**SIMTECH SOFTWARE, INC.,** a Texas corporation,
**SMARTDRAW.COM,** a California corporation,
**TECHSMITH CORPORATION,** a Michigan corporation,
**TLM, INC.,** a Washington corporation,
**TRADERS DEVELOPMENT, LLC,** a California corporation,
**UNIFY CORPORATION,** a Delaware corporation,

        Defendants.

Page 2   MEMO ISO MOTION FOR LEAVE TO WITHDRAW

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981

### Memorandum in Support of Motion for Leave To Withdraw

Pursuant to LR 83.11(a), Johnathan E. Mansfield of SCHWABE, WILLIAMSON & WYATT P.C., hereby moves this Court for leave to withdraw as local counsel for Gary Odom.

Mr. Mansfield is assisting Mr. Odom and national counsel GOLDSTEIN, FAUCETT & PREBEG, L.L.P. in finding substitute local counsel. Mr. Mansfield is informed and believes that arrangements for substitute local counsel are well underway and expects that suitable local counsel will be able to enter an appearance on behalf of Mr. Odom in the near future. Mr. Odom and Goldstein, Faucett & Prebeg have stated that they do not object to this motion.

Edward W. Goldstein and Corby R. Vowell of GOLDSTEIN, FAUCETT & PREBEG, L.L.P. will continue as lead counsel for Gary Odom.

Dated this 14th day of September, 2009.

Respectfully submitted,

/s/ Johnathan E. Mansfield
Johnathan E. Mansfield, OSB #05539
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

Edward W. Goldstein (*pro hac vice*)
Corby R. Vowell (*pro hac vice*)
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713-877-1515
Fax 713-877-1145

Attorneys for Plaintiff Gary Odom

Page 3    MEMO ISO MOTION FOR LEAVE TO WITHDRAW    SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981