John W. Stephens, OSB No. 77358
Email: stephens@eslerstephens.com
**ESLER STEPHENS & BUCKLEY**
888 S.W. Fifth Avenue, Suite 700
Portland, Oregon  97204-2021
Telephone:  (503) 223-1510

**Edward W. Goldstein** *(pro hac vice)*
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** *(pro hac vice)*
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop south, Suite 400
Houston, TX  77027
Tel:  713-877-1515
Fax:  713-877-1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR TH DISTRICT OF OREGON

| | |
|---|---|
| **Gary Odom** | Case No. 3:09-CV-406-MO |
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW** |
| **Attachmate Corporation et al,** | |
| Defendants. | |

    Pursuant to Local Rule 7.1, Plaintiff has conferred with counsel for the Defendants who

have indicated that they are not opposed to this Motion.

    Plaintiff's counsel, the law firm of Goldstein, Faucett & Prebeg, L.L.P. and Edward W.

Goldstein and Corby R. Vowell ("Counsel") respectfully request that this Court allow them to

withdraw as counsel for Gary Odom in the above titled action. For the reasons stated in supporting Memorandum, Counsel requests that the Court grant this Motion.

Dated: December 7, 2009          /s/ Edward W. Goldstein
Edward W. Goldstein (Appearing *Pro Hac Vice*)
Corby R. Vowell (Appearing *Pro Hac Vice*)
**Goldstein, Faucett & Prebeg, L.L.P.**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Facsimile 713.877.1145
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com

John W. Stephens, OSB No. 77358
Email: stephens@eslerstephens.com
**ESLER STEPHENS & BUCKLEY**
888 S.W. Fifth Avenue, Suite 700
Portland, Oregon 97204-2021
Telephone: (503) 223-1510

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2009. Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein