UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Gary Odom** <br>       Plaintiff, <br> v. <br> **Attachmate Corporation et al,** <br>       Defendants. | Case No. 3:09-CV-406-MO <br><br> **ORDER** |

      Before the Court is Plaintiff Counsel Goldstein, Faucett & Prebeg, LLP, Edward W. Goldstein and Corby R. Vowell's Motion to Withdraw.  The Court being of the opinion that the same should be GRANTED, it is therefore,

      ORDERED that Goldstein, Faucett and Prebeg, Edward W. Goldstein and Corby R. Vowell are allowed to withdraw from the above referenced case.