**Johnathan E. Mansfield, OSB #05539**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Tel:  503-222-9981
Fax:  503-796-2900

**Edward W. Goldstein** *(pro hac vice)*
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** *(pro hac vice)*
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop south, Suite 400
Houston, TX  77027
Tel: 713-877-1515
Fax:  713-877-1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR TH DISTRICT OF OREGON

| | |
|---|---|
| **Gary Odom**<br><br>    Plaintiff,<br><br>v.<br><br>**Attachmate Corporation et al,**<br><br>    Defendants. | Case No. 3:09-CV-406-MO<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW** |

    Counsel for Plaintiff Gary Odom hereby moves the Court for permission to withdraw from the above referenced case and respectfully shows the following:

    The law firm of Goldstein, Faucett & Prebeg, LLP ("GFP") and more particularly Ed Goldstein and Corby Vowell, have been lead counsel for Plaintiff Gary Odom ("Odom") in three

pending matters before the Court, including this case and two companion litigations (case no. 3:09-cv-00230 - "the Microsoft litigation", and case no. 3:09-cv-00236 - "the Autodesk litigation"). GFP filed a Motion to Withdraw in both the Microsoft litigation and the Autodesk litigation on November 25, 2009. GFP apologizes for any inconvenience to the Court in filing the present Motion at a later date. GFP filed its Motions to Withdraw in the companion litigations first due to the pending deadlines in those cases and the fact that this case is currently stayed.

On December 2, 2009, the Court held an ex parte status conference involving GFP and Mr. Odom to address both Motions to Withdraw. Later that day, the Court issued separate Orders granting both Motions to Withdraw. (the Microsoft litigation Dkt. No. 114, and the Autodesk litigation Dkt. No. 44). GFP seeks to withdraw from this litigation for the same reasons discussed in the status conference of December 2, 2009. This case is currently stayed pending resolution of the Microsoft litigation. Consequently, there are no pending deadlines or other issues that would prejudice Odom in his attempt to locate new counsel.

For the reasons stated herein, GFP respectfully requests that the Court grant its Motion to Withdraw.

Dated: December 7, 2009                /s/ Edward W. Goldstein
                                       Edward W. Goldstein (Appearing *Pro Hac Vice*)
                                       Corby R. Vowell (Appearing *Pro Hac Vice*)
                                       **Goldstein, Faucett & Prebeg, L.L.P.**
                                       1177 West Loop South, Suite 400
                                       Houston, TX 77027
                                       Telephone 713.877.1515
                                       Facsimile 713.877.1145
                                       Email: egoldstein@gfpiplaw.com

Email: cvowell@gfpiplaw.com

Johnathan E. Mansfield
**Schwabe, Williamson & Wyatt, P.C.**
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: jmansfield@schwabe.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 7, 2009. Any other counsel of record will be served by first class U.S. mail.

                                            /s/ Edward W. Goldstein\_\_\_\_
                                            Edward W. Goldstein