**Christopher T. Carson, OSB #84450**
Email:  **ccarson@kilmerlaw.com**
KILMER, VOORHEES & LAURICK
732 NW 19th Avenue
Portland, OR  97209
Telephone No.:  503 224 0055 x 214
Facsimile No.:   503 222 5290

**Michael S. Dowler** (Admitted *Pro Hac Vice*)
Email:  **dowlerm@howrey.com**
**Gary J. Fischman** (Admitted *Pro Hac Vice*)
Email:  **fischmang@howrey.com**
HOWREY LLP
1111 Louisiana Street, Suite 2500
Houston, TX  77002
Telephone No.:  713-787-1400
Facsimile No.:   713-787-1440

Attorneys for Defendant BBS Technologies, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **Gary Odom**, an Oregon Resident,<br><br>    Plaintiff,<br><br>v.<br><br>**ATTACHMATE CORPORATION**, et al.,<br><br>    Defendants. | Case No.: 3:09-CV-00406-AC<br><br>DEFENDANT BBS TECHNOLOGIES, INC.'S UNOPPOSED MOTION TO DISMISS COUNTERCLAIM WITHOUT PREJUDICE<br><br>**PATENT CASE** |

Pursuant to Local Rule 7-1, counsel for BBS Technologies, Inc. emailed Plaintiff on May 3, 2010 to arrange conferral on this Motion.  The email informed the Plaintiff that BBS Technologies, Inc. intended to move for dismissal without prejudice of its counterclaim.  Plaintiff responded with no opposition to this Motion.

Page 1 - DEFENDANT BBS TECHNOLOGIES, INC.'S UNOPPOSED MOTION
         TO DISMISS COUNTERCLAIM WITHOUT PREJUDICE

On March 12, 2010, the Court entered an Order dismissing the Plaintiff's Complaint without prejudice. Defendant BBS Technologies, Inc. does not intend to pursue its counterclaim separately in light of the Court's Order. Defendant BBS Technologies, Inc. moves to dismiss its counterclaim without prejudice.

DATED this 3rd day of May, 2010.

    KILMER, VOORHEES & LAURICK, P.C.

*/s/ Christopher T. Carson*
Christopher T. Carson, OSB No. 84450
ccarson@kilmerlaw.com
Phone No.: 503-224-0055
Fax No.: 503-222-5290

Attorneys for Defendant BBS Technologies, Inc.

I:\9035\001\Pleadings\Unopposed Motion to Dismiss Counterclaims Without Prejudice (BBS).DOC

Page 2 - DEFENDANT BBS TECHNOLOGIES, INC.'S UNOPPOSED MOTION
    TO DISMISS COUNTERCLAIM WITHOUT PREJUDICE

KILMER, VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290