IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY ODOM,**  No. CV 09-406-MO
        Plaintiff,  ORDER OF DISMISSAL

    v.

**ATTACHMATE CORP, et al.,**

        Defendants.

**MOSMAN, J.,**

    Based on the Court's orders granting plaintiff's and defendants' motions to dismiss, as well as the stated intentions of the parties,

    IT IS HEREBY ORDERED that this action is DISMISSED without prejudice and without costs or fees to any party.

    DATED this __10th__ day of May, 2010.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge